NUMBER 13-04-632-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

OSCAR H. CAMPOS,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, OSCAR H. CAMPOS, perfected an appeal from a judgment entered
by the 105th District Court of Nueces County, Texas, in cause number 02-CR-3334-D. Appellant has filed a motion to withdraw the appeal. The motion complies with
Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted. Appellant's motion to withdraw the appeal is granted, and the
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 26th day of May, 2005.